No. —. EX PARTE WALTER WISNIEWSKI. June 2, 1941. Application denied.

No. —, original. EX PARTE CLEIO HULL. June 2, 1941. The motion for leave to file petition for writ of habeas corpus is denied.

No. 14, original. HOLIDAY *v.* JOHNSTON, WARDEN. June 2, 1941. Paragraph numbered 3 on page 4 of the opinion is amended to read as follows:

"The respondent insists that the petition was premature if the petitioner's claim that he was denied the assistance of counsel is without merit, but the contention is pressed only if we find that no question as to such denial is presented."

The first sentence of the last paragraph on page 6 is amended to read as follows:

"Finally, the sanction by Rule 53 of the Rules of Civil Procedure of references to masters does not aid in the decision of the question presented."

Opinion reported as amended, *ante,* p. 342.

No. 32. FIDELITY UNION TRUST CO. ET AL., EXECUTORS, *v.* FIELD. June 2, 1941. The motion for leave to file a second petition for rehearing is granted. 311 U. S. 730.